[No. 32752-0-II.   Division Two.   June 20, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL JOHN MULLINS, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 04-1-00331-2, David R. Draper, J., entered January 6, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Armstrong, JJ.

[No. 33194-2-II.   Division Two.   June 20, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER LEE MEYERS, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-00080-2, James J. Stonier, J., entered April 22, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Quinn-Brintnall, C.J., and Armstrong, J.

[No. 33374-1-II.   Division Two.   June 20, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL CLAYTON TURLEY, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-01353-1, James E. Warme, J., entered June 1, 2005. *Reversed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 33443-7-II.   Division Two.   June 20, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN MICHAEL CAMPBELL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-00342-3, Brian M. Tollefson and Beverly G. Grant, JJ., entered June 15, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.